**U.S. District Court for the  
Eastern District of Michigan**

**<u>Index of Exhibits</u>**

1. Anderson Declaration

2. TPS Withdrawal

3. I-213

4. RAP Sheet

5. NTA

6. Bond Order

7. Order of Removal