# U.S. Department of Homeland Security — Record of Deportable/Inadmissible Alien

Subject ID: 396128817

| Field | Value |
|---|---|
| Family Name (CAPS) | MORENO-CAMACHO |
| First | CRISTOPHER |
| Middle | ENRIQUE |
| Sex | M |
| Hair | BRO |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | VENEZUELA |
| Passport Number and Country of Issue | |
| File Number | CASE No: DTS2409000013 / A240 145 104 |
| Height | 70 |
| Weight | 180 |
| Occupation | LABORER |
| U.S. Address | 11528 WAYBURN ST, DETROIT, MICHIGAN, 48224-1686 |
| Scars and Marks | See Narrative |
| Date, Place, Time, and Manner of Last Entry | 05/06/2023, 0400, 1.22 mile(s) E of PDN, PWAM |
| F.B.I. Number | MC6VAMCPX |
| Marital Status | (blank) |
| Number, Street, City, Province (State) and Country of Permanent Residence | MARACAY, ARAGUA, VENEZUELA |
| Method of Location/Apprehension | OA |
| Date of Birth | 07/07/1993  Age: 31 |
| Date of Action | 09/22/2024 |
| Location Code | DTM/DTS |
| At/Near | OAK PARK, MI |
| Date/Hour | 09/22/2024 1430 |
| City, Province (State) and Country of Birth | MARACAY, ARAGUA, VENEZUELA |
| AR | X |
| By | DONTAE HAIRSTON |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | Non-Immigrant |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | 1 - VENEZUELA |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | |
| Systems Checks | See Narrative |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

**Narrative**

FINS #: 1336615606    I77 #: NONE    DNA Envelope #: F3533393

Left Index Print    Right Index Print

ARREST COORDINATES:
----------------
Latitude:  42.47465
Longitude: -83.1906

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

MATTHEW W MURRAY
Date: 2024.09.22 18:59:00 -04:00
0230441301.CBP
MATTHEW MURRAY
Border Patrol Agent

09/22/2024 (Date/Initials)

Alien has been advised of communication privileges.

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: MATTHEW MURRAY
on: September 22, 2024 at 1555
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: DANIEL J. REED

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name<br>MORENO-CAMACHO, CRISTOPHER ENRIQUE | File Number<br>A240 145 104<br>Event No:DTS2409000013 | Date<br>09/22/2024 |
|---|---|---|

```
OTHER ALIASES KNOWN BY:
-------------------------
MORENO CAMACHO, CRISTOPHER ENRIQUE 07/07/1993

SCARS, MARKS, AND TATTOOS:
--------------------------
SCAR ARM, NONSPECIFIC LEFT FOREARM

ADDRESS USED ON I-862:
----------------------
Address Type: VALID - RESIDENTIAL
Address: 11528 WAYBURN ST, DETROIT, MICHIGAN, 48224-1686

FATHER NAME AND ADDRESS:
------------------------
Nationality:VENEZUELA MORENO, LEOPOLDO


MOTHER NAME AND ADDRESS:
------------------------
Nationality:VENEZUELA DUGARTE-MORENO, CAROLINA JANNET


FUNDS IN POSSESSION:
--------------------
United States Dollar         10.00


RECORDS CHECKED:
----------------
CIS Negative
ABIS Negative
EARM Positive
NCIC Negative
NGI Positive
TECS Negative


Other Family/Associates Not in Event:
-------------------------------------
Child, MORENO, MIA, VENEZ
Father, MORENO, LEOPOLDO, VENEZ
Mother, DUGARTE-MORENO, CAROLINA, VENEZ


NARRATIVE:
----------
```

| Signature<br>MATTHEW MURRAY | MATTHEW W MURRAY<br>Date: 2024.09.22 08:59:13 -04:00<br>0230441301.CBP | Title<br>Border Patrol Agent |
|---|---|---|

2 of 5 Pages

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| MORENO-CAMACHO, CRISTOPHER ENRIQUE | A240 145 104<br>Event No:DTS2409000013 | 09/22/2024 |

**FACTS OF ARREST:**

On September 22, 2024, at approximately 1:00 p.m. Supervisory Border Patrol Agent (SBPA) Kevin Collins was contacted by Michigan State Police (MSP) Trooper Przybylo regarding a request for assistance identifying a subject he was out with on a vehicle stop. The subject verbally provided a name and date of birth. SBPA Collins had the MSP Trooper take a photo of the individual to utilize facial recognition and cross reference it with the name and date of birth the subject verbally gave. SBPA Collins received a photo and ran preliminary records checks. Records revealed immigration violations or a lack of immigration status on the driver. SBPA Kevin Collins was able to confirm the identity of the subject for MSP Trooper Przybylo. MSP Trooper Przybylo stated he needed to further process the individual at his post but if we wanted to interview the individual, we could at the MSP Post. At approximately 2:00 p.m. MSP Trooper Przybylo contacted KAK7000 Dispatch letting them know the individual would soon be released. At this time SBPA Collins contacted BPA Hairston to go to the MSP Post and interview the subject and verify the information from the preliminary record checks.

On scene BPA Hairston identified himself as U.S. Border Patrol Agent to the subject. BPA Hairston questioned the subject as to his citizenship and his immigration status. The subject, Cristopher Enrique MORENO-CAMACHO stated without any coercion that he was a citizen and national of Venezuela. Moreno-Camacho also claimed that he entered in the United States illegally. Moreno-Camacho stated that he did not possess any documents that would allow him to stay, live, reside, work, or remain in the United States legally.

At this time, Moreno-Camacho was transported to the Detroit Border Patrol Station for further processing and his biographical information was entered into e3/IDENT.

**PROCESSING:**

At the Detroit Border Patrol Station, the following information was revealed, Moreno-Camacho was processed as WA/NTA.

**ALIAS:**

Critopher Enrique Moreno-Camacho

**CRIMINAL HISTORY:**

| Signature | | Title |
|---|---|---|
| MATTHEW MURRAY | MATTHEW W MURRAY<br>Date: 2024.09.22 08:59:16 -04:00<br>0230441301.CBP | Border Patrol Agent |

3 of 5 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>MORENO-CAMACHO, CRISTOPHER ENRIQUE | File Number<br>A240 145 104<br>Event No:DTS2409000013 | | Date<br>09/22/2024 |

FBI#:    MC6VAMCPX


IMMIGRATION HISTORY:

A#: 240 145 104


Comments placed in EARM on 8/4/2022 state the subject has not reported to ERO as instructed upon release from BP. Last known address was in Austin, TX (Subject stated intentions to reside in Austin, TX).


| | |
|---|---|
| Arrest Date | 4/10/2023 in El Paso, TX |
| Disposition | T-other |

| | |
|---|---|
| Arrest Date | 5/6/2023 in Sierra Blanca, TX |
| Arrest Case Number | 8197299715 |
| Arresting Agency | TXCBP7000 CBP-OBP STATION SIERRA BLANCA |
| Subject's Name | MORENO-CAMACHO, CRITOPHER ENRIQUE |
| Charge | ALIEN INADMISSIBILITY UNDER SECTION 212 |
| Disposition | Paroled with Conditions |


MISCELLANEOUS:


DNA (F3533393) was collected on the subject at the Detroit Border Patrol Station.


Subject was advised of his right to speak with the Venezuelan Consulate at 1640 to which he declined.

| Signature<br>MATTHEW MURRAY | MATTHEW W MURRAY<br>Date: 2024.09.22 18:59:21 -04:00<br>0230441301.CBP | Title<br>Border Patrol Agent |
|---|---|---|

4 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>MORENO-CAMACHO, CRISTOPHER ENRIQUE | File Number<br>A240 145 104<br>Event No:DTS2409000013 | Date<br>09/22/2024 |

Subject appears to be lucid, in good health and requires no medical attention at this time.

Subject stated he resides at 11528 Wayburn St., Detroit, MI 48224.

Subject claims he has no fear of returning to his country.

Subjects claims to have 1 minor child residing in Venezuela.

Subject claims he entered the United States in El Paso, TX near the Sierra Blanca Border Patrol Station on 05/06/2023.

Subject claims he travelled to Michigan by plane from Texas to live in Detroit, MI to reside with friends.

PROPERTY/MONEY:

MORENO-CAMACHO is in possession of $10 USD.

DISPOSITION:

Subject is being processed as a WA/NTA.

Detention was accepted by ICE/ERO. Subject and his property was transported to Calhoun County Jail.

| Signature<br>MATTHEW MURRAY<br>MATTHEW W MURRAY<br>Date: 2024.09.22 18:59:26 -04:00<br>0230441301.CBP | Title<br>Border Patrol Agent |
|---|---|

5 of 5 Pages