```
PUR/C.ATN/SLSHILVO.FBI/MC6VAMCPX
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/MC6VAMCPX. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI            - FBI/MC6VAMCPX
 MICHIGAN       - STATE ID/MI6663189W
END
```

---

```
FEDERAL RESPONSE (WVFBINF00)
REQUESTING ORI:[VTICE1990]
HDR/2L01WWWX2WRLPJ
ATN/SLSHILVO
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   CRIMINAL HISTORY RECORD   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   Introduction   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This rap sheet was produced in response to the following request:

```
FBI Number              MC6VAMCPX
Request Id              WWWX2WRLPJ
Purpose Code            C
Attention               SLSHILVO
```

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN: MC6VAMCPX Because additions or deletions may be made at any time, a new copy should be requested when needed for subsequent use.(US; 2024-09-26)

All entries contained in this FBI record are based on fingerprint comparisons and pertain to the same individual.(US; 2024-09-26)

The use of this record is regulated by law. It is provided for official use only and may be used only for the purpose requested.(US; 2024-09-26)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
\* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR \* \* \* \* DNA NOT IN CODIS - COLLECT DNA \* \* \* - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -(US; 2024-09-26)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   IDENTIFICATION   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subject Name(s)

```
MORENO-CAMACHO, CRITOPHER ENRIQUE
CAMACHO, CRITOPHER ENRIQUE       (AKA)
MORENO CAMACHO, CRISTOPHER ENRIQUE  (AKA)
MORENO CAMACHO, CRITOPHER ENRIQUE   (AKA)
MORENO, CRISTOPHER   (AKA)
MORENO-CAMACHO, CRISTOPHER ENRIQUE  (AKA)
```

Subject Description

```
FBI Number              State Id Number
MC6VAMCPX               MI6663189W (MI)

Miscellaneous Numbers
240145104                                        AR
1336615606                                       FN
```

```
Sex                        Race
Male                       White

Height                     Weight                    Date of Birth
5'10"                      180                       1993

Hair Color                 Eye Color                 Fingerprint Pattern
Black                      Brown                     LSLSLSLSLSLSLSLSLS (Other)


Place of Birth             Citizenship
Venezuela                  Venezuela

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2023-05-06
(No Fingerprint Image Transmitted
Comment:BSI: 40468562805)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2024-09-22
(No Fingerprint Image Transmitted
Comment:BSI: 40552119909)

Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                   2023-05-06
(No Photo Image Transmitted
Comment:BSI: 40468562801)
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                   2024-09-22
(No Photo Image Transmitted
Comment:BSI: 40552119906)

Iris Images
Iris Image Available           FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2023-05-07
(No Iris Image Transmitted
Comment:BSI: 40468562803)
Iris Image Available           FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2024-09-22
(No Iris Image Transmitted
Comment:BSI: 40552119907)


************************   CRIMINAL HISTORY   ************************

=============================== Cycle 001 ===============================
Earliest Event Date        2023-05-06
-------------------------------------------------------------------------
Arrest Date                2023-05-06
Arrest Case Number         8197299715
Arresting Agency           TXCBP7000 CBP-OBP STATION SIERRA BLANCA
Subject's Name             MORENO-CAMACHO,CRITOPHER ENRIQUE
Charge                     1
        Charge Literal     05/06/2023 15:05:00 ALIEN INADMISSIBILITY UNDER
                           SECTION 212
              Severity     Unknown
=============================== Cycle 002 ===============================
Earliest Event Date        2024-09-22
-------------------------------------------------------------------------
```

```
Arrest Date              2024-09-22
Arrest Case Number       9453084000
Arresting Agency         MICBP1000 CBP-OBP STATION DETROIT
Subject's Name           MORENO-CAMACHO,CRISTOPHER ENRIQUE
                         MORENO CAMACHO,CRISTOPHER ENRIQUE
Charge                   1
        Charge Literal   09/22/2024 14:09:00 ALIEN INADMISSIBILITY UNDER
                         SECTION 212
              Severity   Unknown
************************   INDEX OF AGENCIES   *************************

Agency                   CBP-OBP STATION; TXCBP7000;
Agency Telephone         915 369-4000
Agency Email Address
Address
                             900 AZTEC DR
                         PO BOX 8
                         SIERRA BLANCA, TX 79851

-----------------------------------------------------------------------
Agency                   CBP-OBP STATION; MICBP1000;
Agency Telephone         313 926-4700
Agency Email Address
Address
                         11000 E JEFFERSON AVE
                         DETROIT, MI 48214


    * * * END OF RECORD * * *
NCICWS ID:NLETS
NCICWS Correlation ID:416331136
End Federal Response
-----------------------------------------------------------------------


-----------------------------------------------------------------------
STATE RESPONSE:MICHIGAN(MIIII0000)
REQUESTING ORI:[VTICE1990]
HDR/2L01WWWX2WRLPJ
ATN/SLSHILVO
*********************   CRIMINAL HISTORY RECORD   **********************

Data As Of               2024-09-26

***************************   Introduction   ***************************

This rap sheet was produced in response to the following request:

State Id Number          6663189W (MI)
Purpose Code             C
Attention                SLSHILVO

The information in this rap sheet is subject to the following caveats:

  (MI)

*************************   IDENTIFICATION   **************************

Subject Name(s)

CAMACHO, CRITOPHER ENRIQUE
MORENO, CRISTOPHER   (AKA)

Subject Description


Sex                      Race
```

```
Male                    White

Height                  Weight              Date of Birth
5'09"                   155                 1993-████

Hair Color              Eye Color
Black                   Hazel

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
SC L WRIST              , WRIST, LEFT


Place of Birth
VENEZUELA

Palmprint Images
(No Palmprint Image Transmitted  )

Photo Images
(No Photo Image Transmitted
Comment:Mugshot)

Caution Information
Firearms Disqualified Status    - Unknown


************************* CRIMINAL HISTORY *************************

=============================== Cycle 001 ===============================
Earliest Event Date     2024-09-22 Incident Date          2024-09-22
-------------------------------------------------------------------------
Arrest Date             2024-09-22
Arrest Case Number      21-8779-24
Arresting Agency        MI6302100 MSP METRO NORTH POST
       Charge Literal   FORGERY AND COUNTERFEITING
    State Offense Code  2500
               Counts   1
             Severity   Felony
     Inchoate Charge    Conspiracy
          Disposition   Other(Warrant Requested from Prosecutor)
************************* INDEX OF AGENCIES *************************

Agency                  MSP METRO NORTH POST; MI6302100;


    * * * END OF RECORD * * *
NCICWS ID:NLETS
NCICWS Correlation ID:416331136
End State Response: MICHIGAN
-------------------------------------------------------------------------
```