

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**DETROIT IMMIGRATION COURT**

Respondent Name:

    MORENO-CAMACHO, CRISTOPHER ENRIQUE

To:

    MORENO-CAMACHO, CRISTOPHER ENRIQUE
    185 E. MICHIGAN AVE
    BATTLE CREEK, MI 49014

A-Number:
240145104

Riders:
In Custody Redetermination Proceedings

Date:
09/27/2024

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
    Danger and alternatively a flight risk.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

                                                   Immigration Judge: Jebson, Mark 09/27/2024

| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
|---|---|---|---|
| | Respondent: | ☐ waived | ☑ reserved |

Appeal Due: 10/28/2024

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ M ] Noncitizen c/o custodial officer | [ ] Noncitizen's atty/rep. | [ M ] DHS

Respondent Name : MORENO-CAMACHO, CRISTOPHER ENRIQUE | A-Number : 240145104

Riders:

Date: 09/27/2024 By: MORENO-BURNEY, MARIA, Court Staff