## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Critopher Enrique Moreno-
Camacho,

                      Petitioner,

v.

U.S. Attorney General., *et al.*,

                      Respondents.

_____/

Case No. 25-10006

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## ORDER TO SHOW CAUSE

On January 2, 2025, Petitioner Critopher Enrique Moreno-Camacho, a citizen of Venezuela, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, PageID.1–2.) Petitioner also filed an application to proceed without prepaying fees or costs (ECF No. 2) and a motion to appoint counsel. (ECF No. 3.) Petitioner's application to proceed without prepaying fees or costs was granted on January 6, 2025. (ECF No. 5.) Respondents timely filed a brief in opposition to Petitioner's request for a writ of habeas corpus on

February 26, 2025. (ECF No. 7; *see also* ECF No. 6 (order requiring responsive pleading from Respondents).)

The Court has learned that Petitioner may have been removed to El Salvador on March 15, 2025.[1] It is hereby ordered that Respondents show cause in writing by **March 26, 2025 at 4:00 PM EDT**. Respondents must inform the Court if Petitioner remains in custody in the United States of America or if he was removed to El Salvador on March 15, 2025. If Petitioner was removed, Respondents are ordered to explain why Respondents did not inform the Court of his impending removal and under what authority he was removed.

IT IS SO ORDERED.

Dated: March 25, 2025                    s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                         United States District Judge

---

[1] *See* Camilo Montoya-Galvez & Annabelle Hanflig, *Here are the names of the Venezuelans deported by the U.S. to El Salvador*, CBS News (Mar. 20, 2025, 8:18 PM), https://perma.cc/B8FV-6PP6.

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 25, 2025.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager

3