UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CRISTOPHER ENRIQUE MORENO-CAMACHO,
        Petitioner,

v.

PAM BONDI, ET AL.

        Respondents.
_____/

Case No. 5:25-cv-10006

Honorable Judith E. Levy
U.S. District Judge

Elizabeth A. Stafford
Magistrate Judge

## **SUPPLEMENTAL DECLARATION OF BEVAN J. ANDERSON**

I, Bevan Anderson., hereby make the following supplemental declaration with respect to the above-captioned matter:

1. I am a Deportation Officer with the Detroit Field Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been employed with ICE ERO since December 2015, and in my current position since May 2016. In my current position, my duties include managing the detained docket for aliens from Central and South America, as well as monitoring the progress of cases pending before the Detroit Immigration Court.

2. In my capacity as a Deportation Officer, I am the officer assigned to the case involving Christopher Moreno-Camacho ("Petitioner").

3. Petitioner is a native and citizen of Venezuela.

4. On December 9, 2024, an immigration judge ordered Petitioner removed.

5. On March 15, 2025, Petitioner was removed from the United States.

6. Prior to his removal, Petitioner did not appeal the decision of United States Citizenship and Immigration Services withdrawing his Temporary Protected Status.

7. On January 13, 2025, ERO sent a Form I-241, Request for Acceptance to the governments of Guatemala, El Salvador, and Colombia.

8. ERO did not contact the Venezuelan government because ERO's then prevailing guidance was that the Venezuelan government was not accepting any removals of its citizens from United States.

9. Petitioner was removed pursuant to Title 8 of the United States Code, specifically, 8 U.S.C. § 1231(b)(1)(C)(iv).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based upon reasonable inquiry, knowledge, information, and belief.

Executed on March 26, 2025

_____
Bevan Anderson, Deportation Officer
U.S. Immigration & Customs Enforcement
Office of Detention & Removal Operations
U.S. Department of Homeland Security
985 Michigan Avenue
Detroit, MI 48226